AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   22 - 5169 mB |
| 2797 East Teakwood Pl. | ) | |
| Chandler, AZ 85249 | ) | |
| | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Arizona
*(identify the person or describe the property to be searched and give its location)*:

    See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    See Attachments B-1 and B-2

**YOU ARE COMMANDED** to execute this warrant on or before    4/29/22    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    the duty judge, Phoenix Division   .
                                                                                                                    *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____   .

Date and time issued:    April 15, 2022 ⬤ 12:29 pm

                                                                        Hon. Deborah M. Fine, U.S. Magistrate Judge
                                                                                                *Judge's signature*

City and state:   Phoenix, Arizona

                                                                                                *Printed name and title*

## Attachment A

## (Dr. Ankita Singh's Residence)

The address for Dr. Ankita Singh's residence is 2797 East Teakwood Place Chandler, AZ. The single-family home sits on a corner lot at the intersection of East Teakwood Place and South Wilson Drive. The driveway faces East Teakwood Place. The building has a tan, stone exterior. There is a three-car garage facing East Teakwood Place that is tan in color with windows at the top of the garage doors. The front door has two small windows at the top and is also tan in color, although darker than most of the exterior of the home.



**Attachment B-1**

**(Items to Be Seized)**

Records relating to violations of Title 18, United States Code Sections 1347 (Health Care Fraud), 1349 (Conspiracy to Commit Health Care Fraud), and Title 42 United States Code Section 1320a-7b (Anti-Kickback Statute), involving Dr. Ankita Singh since January 1, 2018, including:

1.      Contracts, agreements, papers, and affiliated records constituting, concerning, or relating to Dr. Singh's employment with BA.

2.      Patient referrals/orders, medical records, or prescriptions or prescription pads (hardcopy or computer generated) or logs, and any other information showing patient volume including order forms, disposition forms, invoices, inventory records, or other logs tracking referrals/orders furnished by Dr. Singh, including but not limited to tapes, electronic data and any electronic storage devices, and the records contained therein or generated thereby.

3.      Records or notes relating to any communications between Dr. Singh and patients for whom DME or genetic testing referrals/orders were signed by Dr. Singh.

4.      Informational pamphlets provided to Dr. Singh by telemedicine companies regarding products being prescribed, such as brochures for particular lab tests or DME equipment.

5.      Documents consisting, concerning, or relating to work and personal diaries, calendars, logs, appointment books, and schedules.

6.      Letters constituting, concerning, or relating to efforts to collect copayments and/or deductibles for individuals that receive health care coverage from Medicare, Medicaid, any other government funded health insurance, and/or private insurance companies.

7.      Correspondence and cancelled checks relating to notice of overpayment and request for refunds from Medicare, Medicaid, any other government funded health insurance, and private insurance companies.

8.      Correspondence to and from Medicare, Medicaid, any other government funded health insurance, and private insurance companies, including but not limited to, manuals, advisories, warnings, newsletters, bulletins, and publications.

9.      Correspondence to and from patients regarding medical services, prescriptions, DME orders, genetic testing orders, or any other matter affecting the doctor-patient relationship.

10.     Financial books, records, and documents constituting, concerning, or relating to the following:

a) Bank Accounts, money market accounts, checking accounts, investment accounts, stock fund accounts, 401 K funds, mutual funds, retirement funds, bonds or bond fund; Including deposits and disbursements, canceled checks or draft electronic transfers, signature cards, ledgers, loan statements, loan agreements; and

b) Credit card/ATM/debit card accounts.

11.     Contracts, agreements, or papers affiliated with any medical professional services, referrals, or records storage for Dr. Singh.

12.     Contracts, agreements, or paper affiliated with any outside medical insurance billing company for Dr. Singh.

13.     For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

a) evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

b) evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

c) evidence of the lack of such malicious software;

d) evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to crime under investigation and to the computer user;

e) evidence indicating the computer user's state of mind as it relates to the crime under investigation;

f) evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

g) evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

h) evidence of the times the COMPUTER was used;

    i)   passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

    j)   documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

    k)   records of or information about Internet Protocol addresses used by the COMPUTER;

    l)   records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    m) contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, smartphones, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

The computer expert will attempt to create an electronic "image" of those parts of the computer that are likely to store the computer files described in the warrant. Generally speaking, imaging is the taking of a complete electronic picture of the computer's data, including all hidden sectors and deleted files. Imaging a computer permits the agents to obtain an exact copy of the computer's stored data without actually seizing the computer hardware. The computer expert or another technical expert will then conduct an off-site search for the computer files described in the warrant from the "mirror image" copy at a later date. If the computer expert successfully images the computers, the agents will not conduct additional search or seizure of the computers.

If "imaging" proves impractical, or even impossible for technical reasons, then the agents will seize those components of the computer system that the computer expert believes must be seized to permit the agents to locate the computer files described in the warrant at an off-site location. The components will be seized and taken into custody. If Dr. Singh so requests, the

computer expert will, to the extent practicable, attempt to provide her with copies of any files not within the scope of the warrant that may be necessary or important to the continuing function of Dr. Singh's legitimate business. If, after inspecting the computers, the analyst determines that some or all of this equipment is no longer necessary to retrieve and preserve the evidence, the Government will return it within a reasonable time.

Any authorized law enforcement officer executing this warrant may, at his sole discretion, if necessary, employ or utilize the services of an outside computer expert in order to operate the system and/or retrieve and/or secure any information contained in an electronic device provided such outside expert operates under the supervision, direction and control of an authorized law enforcement officer.

## Attachment B-2

## (Dr. Singh's Patient Files to Be Seized)

Patient files that contain referrals and/or orders associated with the following DME companies and laboratories, as identified via Dr. Singh's Medicare claims:

| |
|---|
| SERENITY DME LLC |
| SURE CARE MEDICAL SUPPLIES LLC |
| ROYAL DME LLC |
| PROVISION MEDICAL SUPPLY |
| RELIABLE D.M.E. INC. |
| LABRIUT DIAGNOSTIC, LLC |
| ATLANTIC VIEW MEDICAL SUPPLIES INC |
| CYPRESS HEALTH SOLUTIONS LLC |
| UNIVERSAL MEDICAL SUPPLIES, LLC |
| GOOD LIFE MEDICAL SUPPLY CORP |
| PLATINUM HEALTHCARE SOLUTIONS LLC |
| PREMIER HEALTH SUPPLIES LLC |
| MED BRACES AND SUPPLIES, LLC |
| CARDINAL CARE MEDICAL SUPPLY INC |
| BRACEPROS LLC |
| FIRST DUE MEDICAL LLC |
| KENDALL MEDICAL SUPPLIES LLC |
| BLUE RIBBON MEDICAL EQUIPMENT LLC |
| A & D MEDICAL SUPPLY |
| QUEENS MEDICAL SUPPLY LLC |
| ADVANCED SOLUTIONS MEDICAL EQUIPMENT INC |
| ADVANTAGE INFINITY HEALTH LLC |
| HORIZONS MEDICAL SUPPLY LLC |
| PAIN FREE SOLUTIONS LLC |
| LEGACY DME INC |
| RIDGELINE MEDICAL INC |
| BEST MEDICAL SUPPLY LLC |
| COMPLETE HEALTH SUPPLY LLC |
| NORTH POINT MEDICAL LLC |
| TITAN MEDICAL SUPPLIES, LLC |
| YOUR MEDICAL SUPPLY CO, LLC |
| ROYAL PALM HEALTH INC. |
| SUPREME MEDICAL SUPPLY LLC |
| SPARTAN MEDICAL SUPPLY LLC |
| FAMILY MEDICAL EQUIPMENT LLC |
| RELIABLE DME LLC |
| GEMINI HEALTH & WELLNESS LLC |
| SAWGRASS MEDICAL SUPPLIES LLC |
| ASSURED MEDICAL SUPPLY, INC. |
| ATLANTIS HEALTH SOLUTIONS LLC |
| MED ASSURE LLC |
| HORIZON MEDICAL SUPPLY INC |
| BESTLIFE MEDICAL SUPPLY LLC |
| FAMILY MEDICAL SUPPLIES LLC |

| |
|---|
| INFINITE MEDICAL, INC. |
| NEED A BRACE LLC |
| UTOPIAN HEALTH LLC |
| UNIVERSAL MEDICAL SOLUTIONS LLC |
| SUPERIOR MEDICAL SUPPLIES LLC |
| UNIVERSAL MEDICAL SOLUTIONS LLC |
| HORIZON MEDICAL SUPPLY, LLC |
| ALL DME PRODUCTS LLC |
| QUALITY LIFESTYLE DME, INC. |
| QUALITY DME |
| HEALTHPRO MEDICAL EQUIPMENT |
| IRIDIUM MEDICAL SUPPLY LLC |
| PIVOTAL CARES, LLC |
| PINEWOOD MEDICAL INC |
| FIVE STARS CARE & SUPPLY INC |
| COVENANT MEDICAL SUPPLIES INC. |
| KESTREL MEDICAL LLC |
| WOODLANE MEDICAL LLC |
| DAVIE MEDICAL SUPPLIES LLC |
| PIEDMONT MEDICAL EQUIPMENT INC |
| BARBARA MANTHA |
| ASSOCIATED BENEFITS CARE GROUP, INC |
| INFINITY MEDICAL SUPPLY LLC |
| BLACK ROCK HEALTH VENTURES INC |
| ASSURANCE HEALTH SOLUTIONS INC. |
| A2Z MEDICAL SUPPLY INC. |
| ASCEND HEALTHCARE LLC |
| MD HEALTH SOURCE INC |
| RELIABLE ORTHOTICS LLC |
| UNIVERSAL MEDSUPPORTS LLC |
| PREFERRED MEDICAL SUPPLY LLC |
| ALL ORTHOPEDIC SUPPLIES CORP |
| ZION MEDICAL SUPPLY, INC. |
| FME SOLUTIONS LLC |
| JC MEDICAL EQUIPMENT, LLC |
| SERVICEFIRST MEDICAL SUPPLY |
| SUN MEDICAL SOLUTIONS LLC |
| RECOVERY DME INC. |
| S B TRUST LLC |
| ATLANTIC COAST MEDICAL LLC |
| LIFE EQUIPMENT INC |
| ESSENTIAL DME |
| CARECHOICE MEDICAL INC |
| MEDICAL IMPRESSIONS LLC |
| SHALOM AND SHILOH CORPORATION |
| LIFELINE MARKETING GROUP, LLC KENNETH M FOLWELL SOLE MBR |
| IZZY MEDICAL SUPPLY LLC |
| BEACH MEDICAL SUPPLIERS LLC |
| SUNLIGHT MEDICAL GROUP, LLC |
| TRINITY MEDICAL SOLUTIONS, LLC |
| TITAN MEDICAL SUPPLY LLC |
| VITAL MEDICAL INC. |
| SIGNATURE HEALTH SUPPLIES |

| |
|---|
| ORTHOTICS NOW INC |
| CHAMPION MEDICAL SUPPLIES LLC |
| INTEGRITY MEDICAL SUPPLIES LLC |
| FAMILY FIRST MEDICAL LLC |
| IDEAL MEDICAL SUPPLIES LLC |
| MEDICAL SUPPLY POINTE, INC. |
| MED2YOU INC |
| PRO MEDICAL EQUIPMENT LLC |
| AFFORDABLE MEDICAL SUPPLIES LLC |
| HORIZON MEDICAL SOLUTIONS INC |
| ROSTKO DME INC |
| MD HEALTH SUPPLY INC |
| CANES MEDICAL SERVICES INC. |
| GRACE INDEPENDENT LIVING STORE, LLC |
| ALLSOURCE MEDICAL SUPPLY LLC |
| FULL SPECTRUM MEDICAL SUPPLY, LLC |
| AMERICAN DME |
| COAST DME CORP |
| HORIZON MEDICAL ASSOCIATES,INC |
| WELLNESS MEDICAL SUPPLY INC |
| ADL MEDICAL SUPPLY INC |
| PSL ORTHOTICS, LLC |
| PRIME MEDICAL SUPPLIES INC |
| OMEGA MEDICAL EQUIPMENT SUPPLY LLC |
| 18221 ENTERPRISES LLC |
| TOTAL SOLUTIONS MEDICAL SUPPLIES LLC |
| BRACE PLUS LLC |
| PATTERSON AND ASSOCIATES |
| LION MEDICAL SUPPLY LLC |
| ALL IN MEDICAL CORP |
| EMPIRE DME INC. |
| EMBRACE ALL LLC |
| GUARDIAN DME LLC |
| ANOVA HEALTHCARE LLC |
| ARCHANGEL HEALTHCARE LLC. |
| BRACES & MORE LLC |
| PRINE MEDICAL INC |
| LONESTAR MEDITEX |
| D. ONE PHARMACY CORP. |
| OPTIMAL MEDICAL GROUP |
| ON DEMAND MEDICAL SERVICES CORP |
| PRIMARY CHOICE MEDICAL SUPPLIES LLC |
| MYRTLE AVENUE TRADING LLC |
| ALL AROUND MEDICAL SUPPLIES, LLC |
| KENTUCKY DME SUPPLIES LLC |
| FOREVER MEDICAL SUPPLIES LLC |
| WE SUPPORT MD |
| SUNSHINE MEDICAL SUPPLY INC |
| BRIDGEWAY HEALTH ADVISORS LLC |
| SPECTRA HEALTH & WELLNESS LLC |
| ENVISION LIFE MEDICAL LLC |
| ARC MEDICAL SUPPLY LLC |
| GOLIVEWELL PHARMACY LLC |

| |
|---|
| GLOBAL DME INC |
| PRECISION HEALTHCARE GROUP |
| PRO MEDICAL SUPPLY LLC |
| 4851 MEDICAL SERVICES CORP. |
| PRIORITY MEDICAL SUPPLY |
| LEGACY MEDICAL SUPPLY LLC |
| LIBERTY BELL MEDICAL SUPPLY |
| HELPING HANDS MEDICAL SUPPLY, LLC. |
| MEIJER STORES LIMITED PARTNERSHIP |
| ZEE & ASSOCIATES, LLC |
| GLOBAL MEDICAL THERAPEUTICS INC |
| AMERICAN KINETICS LAB |
| R&AMEDICALSERVICES |
| SHAONI MEDICAL SOLUTIONS, LLC |
| SUNMED HEALTH GROUP INC |
| MISSISSIPPI ORTHOPEDIC SUPPLY, LLC |
| GIANT MEDICAL SUPPLIES, LLC |
| RENEW MEDICAL SUPPLY INC. |
| TRIFECTA INTERNATIONAL CONSULTANTS LLC |
| AFFINITY MEDICAL SUPPLIES, INC. |
| CRISTO MEDICAL SUPPLY LLC |
| PLACIDA RX LLC |
| NORTHWEST OHIO MEDICAL EQUIPMENT LLC |
| PIONEER HOME MEDICAL SUPPLY, INC. |
| AMERICAN HEALTH SUPPLY INC |
| PREMIER MEDICAL EQUIPMENT, INC |
| ATLANTIX MEDICAL SUPPLIES INC. |
| PIPELINE MEDICAL EQUIPMENT INC |
| VOC MEDICAL LLC |
| OCEAN MIND AND BODY |
| INNOVATIVE SUPPLIES, LLC |
| SUPPORT PLUS MEDICAL, LLC |
| HEARTLINE MEDICAL, INC. |
| S & J DME LLC |
| ALL BEST MEDICAL SUPPLY LLC |
| INTEGRITY ORTHOPEDIC SUPPLIES, LLC |
| LAKEVIEW MEDICAL SUPPLIES LLC |
| PREMIER MEDICAL EQUIPMENT |
| NEW LEVEL MEDICAL SUPPLIES LLC |
| SELAH MOUNTAIN PHARMACY LLC |
| TROJAN MEDICAL SUPPLY CORP |
| ALPHA MEDICAL SUPPLY LLC |
| A TO Z MED BRACES AND SUPPLIES INC |
| LIMITLESS MEDICAL SUPPLIES LLC |
| BC MEDICAL SUPPLY LLC |
| JUPITER MEDICAL ASSOCIATES INC |
| SKYE MEDICAL EQUIPMENT INC |
| TRUCARE DME, LLC |
| DESTINY MEDICAL SUPPLIES |
| RGH ENTERPRISES INC |
| WALGREEN CO |
| THE KROGER CO |
| AMERICAN HOMEPATIENT, INC. |

| |
|---|
| |
| PHI LIFE SCIENCES LLC |
| TRINITY CLNIC LABORATORIES |
| LEHIGH VALLEY TOXICOLOGY LLC |
| LAB SOLUTIONS LLC |
| BEST CARE LABORATORY LLC |
| EXPRESS DIAGNOSTICS LLC |
| BOCA TOXICOLOGY LLC |
| FERNANDES, SHAILA P |
| LI, WEIHONG |
| S&A SLEEP SOLUTIONS LP |
| CHEN, YAN |
| LAZARUS SERVICES LLC |
| LABORATORY CORPORATION OF AM |
| MARKELOVA, NATALIA V |
| METRIC LAB SERVICES LLC |
| ABUSAMIEH, MOHAMMED |
| ARISS, STEVEN M |
| CRAMER, AMY M |
| DEATON, MICHELLE L |
| DEY, NILANJANA |
| EXACT SCIENCES LABORATORIES |
| JOHNSON, KATHLEEN S |
| PATHOLOGY LABORATORIES INC |
| SCHUSTER, TIMOTHY G |
| SHAPIRO, SUSAN A |
| SINGH, ANKITA |
| SINGH, SHALINI S |
| SUTTLE, TIMOTHY K |
| TOLEDO CLINIC INCORPORATED |
| PHI LIFE SCIENCES LLC |
| TRINITY CLNIC LABORATORIES |
| LEHIGH VALLEY TOXICOLOGY LLC |
| LAB SOLUTIONS LLC |
| BEST CARE LABORATORY LLC |
| EXPRESS DIAGNOSTICS LLC |
| BOCA TOXICOLOGY LLC |
| FERNANDES, SHAILA P |
| LI, WEIHONG |
| S&A SLEEP SOLUTIONS LP |
| CHEN, YAN |
| LAZARUS SERVICES LLC |
| LABORATORY CORPORATION OF AM |
| MARKELOVA, NATALIA V |
| METRIC LAB SERVICES LLC |
| ABUSAMIEH, MOHAMMED |
| ARISS, STEVEN M |
| CRAMER, AMY M |
| DEATON, MICHELLE L |
| DEY, NILANJANA |
| EXACT SCIENCES LABORATORIES |
| JOHNSON, KATHLEEN S |

46

| PATHOLOGY LABORATORIES INC |
| SCHUSTER, TIMOTHY G |
| SHAPIRO, SUSAN A |